1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  ERNEST L. MCFADDEN,              )    No. CV 09-1962-JFW(CW)
                                     )
13                  Petitioner,      )    ORDER ACCEPTING REPORT AND
                                     )    RECOMMENDATION OF UNITED STATES
14            v.                     )    MAGISTRATE JUDGE
                                     )
15  K. DICKERSON (Warden),           )
                                     )
16                  Respondent.      )
    _____)

17

18

19       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20  entire record in this action, as well as the Report and Recommendation

21  of the United States Magistrate Judge.  No objections to the Report

22  and Recommendation have been received.

23

24       **IT IS ORDERED**: (1) that the Report and Recommendation of the

25  United States Magistrate Judge be accepted; and (2) that judgment be

26  entered denying the petition and dismissing this action with

27  prejudice.

28

                                   1

1          **IT IS FURTHER ORDERED** that this order and the judgment herein be

2   served on the parties.

3

4   DATED:   March 29, 2011_

5

6   _____
                         JOHN F. WALTER
7                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28