JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST L. MCFADDEN, | ) | No. CV 09-1962-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. DICKERSON (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 29, 2011

/s/ John F. Walter
JOHN F. WALTER
United States District Judge